EXHIBIT A

## Authorization for Release of Information

I (the undersigned) authorize **Mercy Hospital Fort Scott, Amy Sachau, M.D., Via Christi Hospital, Eagle Med, St. Luke's Health System, Kansas Imaging Consultants, Kansas City Kidney Consultants, Mid America Heart & Lung surgeons, St. Luke's physicians**

To release information from the record(s) of: __Hawkins_____ __Terry_____ _____
                                                                       (Last)                                (First)                   (Middle)

Address: _____

Date of Birth: _____ _____ SS#: ____/_____

### Information to Be Released – Covering the Periods of Health Care

From (date) _____ to (date) _____

*Please check type of information to be released:*

| | | |
|---|---|---|
| ☐ Complete patient's file | ☐ Diagnosis & treatment codes | ☐ Discharge summary |
| ☐ History and physical | ☐ Consultation reports | ☐ Progress notes |
| ☐ Laboratory test results | ☐ X-ray reports | ☐ X-ray films / images |
| ☐ Photographs, videotapes | ☐ Itemized billing statement | ☐ Other documents which are part of file but not generated by this provider |
| ☐ New Patient Information | ☐ Electronically Stored Documents | |

Other (specify) _____

**Purpose of Request:** These records are being requested for legal purposes.

**Who and Where to Release Information:**

(via First Class mail, Overnight Delivery, hand-delivery, courier, or facsimile)

Simpson, Logback, Lynch, Norris, P.A.
7400 West 110th Street, Suite 600
Overland Park, KS 66201
Telephone: 913-342-2500 / Facsimile: 913-342-0603

**Drug and/or Alcohol Abuse, and/or Psychiatric, and/or HIV/AIDS Records Release:**
I UNDERSTAND IF MY MEDICAL OR BILLING RECORD CONTAINS INFORMATION IN REFERENCE TO DRUG AND/OR ALCOHOL ABUSE, PSYCHIATRIC AND PSYCHOLOGICAL CARE, NON-COMMUNICABLE AND COMMUNICABLE DISEASES INCLUDING SEXUALLY TRANSMITTED DISEASES, HEPATITIS B OR C TESTING, AND/OR OTHER SENSITIVE INFORMATION, I AGREE TO ITS RELEASE. CHECK ONE: _x_ YES ___ NO

I UNDERSTAND IF MY MEDICAL OR BILLING RECORD CONTAINS INFORMATION IN REFERENCE TO HIV/AIDS (HUMAN IMMUNODEFICIENCY VIRUS/ACQUIRED IMMUNODEFICIENCY SYNDROME) TESTING AND/OR TREATMENT I AGREE TO ITS RELEASE. THIS INFORMATION I AUTHORIZE FOR RELEASE MAY INCLUDE INFORMATION THAT COULD BE CONSIDERED INFORMATION ABOUT NON-COMMUNICABLE AND COMMUNICABLE OR VENEREAL DISEASE SUCH AS HEPATITIS, SYPHILIS, GONORRHEA AND THE HUMAN IMMUNODEFICIENCY VIRUS ALSO KNOWN AS ACQUIRED IMMUNE DEFICIENCY SYNDROME (AIDS). CHECK ONE: _x_ YES ___ NO

**Time Limit & Right to Revoke Authorization**
Except to the extent that action has already been taken in reliance on this authorization, at any time I can revoke this authorization in writing to the medical provider listed above. Unless revoked, this authorization will expire one (1) year from the date of signature, unless otherwise specified.

**Re-disclosure**
I understand the information disclosed by this authorization may be subject to re-disclosure by the recipient and no longer be protected by the Health Insurance Portability and Accountability Act of 1996. The facility, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

**Photocopy**
A photocopy of this authorization is to be considered as valid as the original.

**Signature of Patient or Personal Representative Who May Request Disclosure**
I understand that I do not have to sign this authorization, and my treatment or payment for services will not be denied if I do not sign this form unless specified above under *Purpose of Request*. I can inspect or copy the protected health information to be used or disclosed. I authorize the above listed healthcare provider to use and disclose the protected health information specified above.

Signature: _Clessa Hawkins_ Date: _11-17-14_

Authority to sign if not patient: _____

STATE OF MISSOURI    )
                     ) ss.
COUNTY OF JASPER     )

On this _17th_ day of _November_, 2014, before me, a Notary Public, appeared Clessa Hawkins, surviving spouse of Terry Hawkins, who executed the foregoing document and who acknowledged the same to be his/her free act and deed.

_Dana Jo Wallace_
Notary Public

My Commission Expires: _4-5-2015_

```
Dana Jo Wallace - Notary Public
Notary Seal, State of
Missouri - Jasper County
Commission #11447431
My Commission Expires 4/5/2015
```

IN THE DISTRICT COURT OF BOURBON COUNTY, KANSAS

FILED
BOURBON COUNTY KANSAS
2014 OCT 15 AM 9:32
CLERK OF THE DISTRICT COURT

In the Matter of the Estate of ) Case No. 14PR37
Terry Hawkins, Deceased )

## LETTERS OF SPECIAL ADMINISTRATION

KNOW ALL MEN BY THESE PRESENTS:

That Clessa Hawkins, resident of Bourbon County, Kansas, having been appointed and having qualified as Special Administrator of the Estate of Terry Hawkins, deceased, is hereby granted Letters of Special Administration to perform the following duties until further order of the Court.

1. To serve as the Special Administrator of the Estate of Terry Hawkins, deceased, for purposes of the cause of action for survivorship of decedent's personal injury claims.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the above entitled Court in Bourbon County, Kansas this ____ day of _____ 2014.

_____
DISTRICT COURT JUDGE

IN THE DISTRICT COURT OF BOURBON COUNTY, KANSAS

In the Matter of the Estate of ) Case No. 14PR37
Terry Hawkins, Deceased )

FILED
BOURBON COUNTY KANSAS
2014 OCT 15 AM 9:32
CLERK OF THE DISTRICT COURT

## ORDER APPOINTING SPECIAL ADMINISTRATOR

NOW on this 15th day of Oct, 2014, the Court considers this Petition for Appointments of Special Administrator filed herein by Clessa Hawkins. Petitioner appears by and through her attorney, Roger A. Johnson of Johnson, Vorhees & Martucci, LLC.

After Examining the Petition filed herein, hearing the statements and arguments of counsel and being duly advised in the premises, the Court finds:

1. That notice of the time and place of hearing is not necessary or required by law.

2. That the allegations of the Petition are true.

3. That Terry Hawkins died on February, 2014.

4. That Terry Hawkins is survived by Clessa Hawkins, his lawfully wedded wife.

5. That Clessa Hawkins is the rightful heir of Terry Hawkins.

6. That a Special Administrator should be appointed to serve as the personal representative of the Estate of Terry Hawkins for purposes of handling the legal survivorship claims that arise out of her husband's injury claims that preceded his death.

7. That Petitioner is a fit and proper person to be appointed Special Administrator of said Estate.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED AND DECREED:

a) That the findings hereinabove made be and the same are hereby made a part of the Order and Decree of the Court.

b) That Clessa Hawkins be and is hereby appointed Special Administrator of the Estate of Terry Hawkins, deceased, and that upon the filing of an Oath, Letters of Special Administration stating the specific duties hereinabove enumerated issue to her.

_____10-15-14_____         _____
Date                          DISTRICT COURT JUDGE

PREPARED AND APPROVED:

_____
Attorney for Petitioner